UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X

CARLOS LUGO,

    Petitioner,

 - against -

UNITED STATES OF AMERICA,

    Respondent.

----------------------------------------------------------X

**CLERK**

5/15/2014 12:01 pm

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

**JUDGMENT**
CV-11-3715 (SJF)

 

An Order of Honorable Sandra J. Feuerstein, United States District Judge, having been filed on May 14, 2014, denying petitioner's motion pursuant to Rule 41(g) of the Federal Rules of Criminal Procedure, and directing the Clerk of Court to enter judgment and to close this case, it is

**ORDERED AND ADJUDGED** that petitioner take nothing of respondent; that petitioner's motion pursuant to Rule 41(g) of the Federal Rules of Criminal Procedure is denied; and that this case is hereby closed.

Dated: Central Islip, New York
   May 15, 2014

               DOUGLAS C. PALMER
               CLERK OF THE COURT

        By: /s / Catherine Vukovich
            Deputy Clerk